**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CARMEN NORWOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:18-cv-01104-SNLJ** |
| | ) | |
| **ANDREW SAUL,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#24).

Plaintiff also seeks costs totaling $400 for the filing fee in this case (#25). Defendant filed

a response (#26). This Court reversed the Commissioner's decision in an Order and

Memorandum dated September 5, 2019. Plaintiff now comes pursuant to the Equal

Access to Justice Act, 28 U.S.C. §2412 and requests that this Court award her attorney's

fees and expenses in the amount of $4,882.50 to be paid to plaintiff's attorney. The

defendant has no objections to payment of the amount requested. Plaintiff has signed an

assignment of EAJA fees in this case. However, defendant requests that the Court enter

an order awarding the attorney's fees to plaintiff rather than plaintiff's attorney in

accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), which held that EAJA fees are

subject to offset to satisfy any pre-existing debt that the litigant owes to the United States.

Defendant will verify whether plaintiff owes a debt to the United States, and, subject to

any preexisting debt, the fee will be made payable to plaintiff's attorney. This Court finds

that there are no circumstances in this case that would make an award under the EAJA

unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** the plaintiff is awarded attorney's fees in the

amount of $4,882.50 to be paid by the Social Security Administration.

**IT IS FURTHER ORDERED** that plaintiff is awarded costs of $400.00 to be

paid from the Judgment Fund administered by the United States Treasury.

**IT IS FURTHER ORDERED** that defendant shall pay attorney's fees in the

amount of $4,882.50 and costs in the amount of $400.00, paid directly to plaintiff's

attorney, Parmele Law Firm, subject to any pre-existing debt that the plaintiff owes to the

United States. Payment shall be mailed to plaintiff's attorney, Parmele Law Firm, 1505

E. Bradford Parkway, Springfield, MO 65804

Dated this __3rd__ day of January, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE